# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| SPREAD, LLC | VS  J.C. PENNEY COMPANY, INC., et al. | 3:15-CV-1714-SI |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I DENORRIS BRITT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 9/14/15

**Service:** I served MARCHESA HOLDINGS, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; COMPLAINT; CIVIL COVER SHEET; CIVIL CASE ASSIGNMENT ORDER; DISCOVERY AND PRETRIAL SCHEDULING ORDER; DISCOVERY AGREEMENT; CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE; CIVIL CASE MANAGEMENT TIME SCHEDULES; DISCLOSURE STATEMENT

by leaving with AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT) At
NAME  RELATIONSHIP

☐ Residence
ADDRESS  CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801
ADDRESS  CITY / STATE

On 9/14/15 AT 3:30 PM
DATE  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY  STATE  ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) ___ (2) ___
DATE TIME  DATE TIME

(3) ___ (4) ___ (5) ___
DATE TIME  DATE TIME  DATE TIME

AGE 35  Sex F  Race W  Height 5'5  Weight 130  HAIR BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 14TH day of September, 2015.

SIGNATURE OF NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2016

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS